**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JAMAL SALAAM BEY,**

               **Plaintiff,**            **9:14-cv-836
                                                           (GLS/TWD)**

              v.

**CHRISTOPHER MILLER et al.,**

               **Defendants.**
_____

**APPEARANCES:**                     **OF COUNSEL:**

**FOR THE PLAINTIFF:**

**JAMAL SALAAM BEY**
**a/k/a Raymond Davis**
Plaintiff, *Pro se*
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

FOR THE DEFENDANT:

**HON. ERIC SCHNEIDERMAN**     **COLLEEN D. GALLIGAN**
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe
Senior District Judge**

# ORDER

    The above-captioned matter comes to this court following an Order

and Report and Recommendation (R&R) by Magistrate Judge Thérèse, duly filed on October 19, 2016.  (Dkt. No. 37.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed,[1] and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report and Recommendation (Dkt. No. 37) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 27) be **GRANTED**; and it is further

**ORDERED** that Bey's amended complaint (Dkt. No. 11) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk serve a copy of this order upon the parties in accordance with the court's Local Rules.

---

[1] Plaintiff's only filing submitted after the R&R was issued does not contain any objections to the R&R.  (Dkt. No. 38.)  Even if the court were to construe that filing as an attempt to object, it would trigger review for clear error only.  *See Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *4-5 (N.D.N.Y. Jan. 18, 2006).  As explained above, the court has carefully reviewed the R&R for clear error even in the absence of any objections.

**IT IS SO ORDERED.**

November 15, 2016
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge